UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RYAN O'DELL, | : |
| | : |
| Plaintiff, | : Civ. No. 1:23-cv-8653 |
| | : |
| v. | : |
| | : |
| TABULA RASA HEALTHCARE, INC. MICHAEL PURCELL, BRIAN ADAMS, SAMIRA K. BECKWITH, DENNIS K. HELLING, RON MITCHELL, KATHY O'BRIEN, DEREK SCHRIER, JONATHAN SCHWARTZ, and PAMELA SCHWEITZER, | : |
| | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: October 27, 2023                     Respectfully submitted,

                                            **MELWANI & CHAN LLP**

                                            /s *Gloria Kui Melwani*
                                            Gloria Kui Melwani (GM5661)
                                            1180 Avenue of the Americas, 8th Floor
                                            New York, New York 10036
                                            Tel: (212) 382-4620
                                            Email: gloria@melwanichan.com

                                            *Attorneys for Plaintiff*